In the Matter of the Application of JOSEPH WEINSTEIN, Appellant, a Stockholder of the MANUFACTURERS TRUST COMPANY, Respondent, for the Appointment of Appraisers to Appraise the Value of His Stock.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ISADORE HAMMER, Appellant, a Stockholder of the MANUFACTURERS TRUST COMPANY, Respondent, for the Appointment of Appraisers to Appraise the Value of His Stock.— Order affirmed, with twenty

dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.